Argued and submitted October 14, reversed and remanded for reconsideration
November 13, 1991

In the Matter of the Compensation of
Joan M. Gallo, Claimant.

ROGUE VALLEY MEDICAL CENTER
and Health Future, Inc.,
*Petitioners,*

*v.*

Joan M. GALLO,
*Respondent.*

(WCB 89-17443; CA A68570)

820 P2d 905

Adam T. Stamper, Medford, argued the cause for petitioners. With him on the brief was Cowling & Heysell, Medford.

Claudette Yost, Medford, argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991).